# Exhibit A

# Schedule

| | | |
|---|---|---|
| Line 1 | Claim No. | 1 |
| Line 2 | Musical Composition | Signs |
| Line 3 | Writer(s) | Les Emmerson |
| Line 4 | Publisher Plaintiff(s) | Sony/ATV Songs LLC d/b/a Sony/ATV Acuff Rose Music; Robert Leslie Emmerson d/b/a Galeneye Music |
| Line 5 | Date(s) of Registration | 10/5/70    7/5/71 |
| Line 6 | Registration No(s). | Eu 210804    Ep 290255 |
| Line 7 | Date(s) of Infringement | 9/15/24 |
| Line 8 | Place of Infringement | Boondocks Food & Spirits |

| | | |
|---|---|---|
| Line 1 | Claim No. | 2 |
| Line 2 | Musical Composition | We're An American Band |
| Line 3 | Writer(s) | Don Brewer |
| Line 4 | Publisher Plaintiff(s) | Donald G. Brewer, an individual d/b/a Brew Music Company |
| Line 5 | Date(s) of Registration | 7/13/73 |
| Line 6 | Registration No(s). | Eu 418975 |
| Line 7 | Date(s) of Infringement | 9/15/24 |
| Line 8 | Place of Infringement | Boondocks Food & Spirits |

| | | |
|---|---|---|
| Line 1 | Claim No. | 3 |
| Line 2 | Musical Composition | Keep Your Hands To Yourself |
| Line 3 | Writer(s) | Dan Baird |
| Line 4 | Publisher Plaintiff(s) | Warner-Tamerlane Publishing Corp.; Eleksylum Music, Inc.; No Surrender Music, a division of Praxis International Communications, Inc. |
| Line 5 | Date(s) of Registration | 10/15/86 |
| Line 6 | Registration No(s). | PA 304-742 |
| Line 7 | Date(s) of Infringement | 9/14/24 |
| Line 8 | Place of Infringement | Boondocks Food & Spirits |